DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTEN ANN LUNGARINI,**
Appellant,

v.

**FRANK IRIZARRY,**
Appellee.

No. 4D17-2774

[May 3, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K Coates, Jr., Judge; L.T. Case No. 50-2006-DR-005139-XXXX-SB.

Frank J. Mulhall of Frank J. Mulhall, P.A., Boca Raton, for appellant.

Alba Varela of Alba Varela, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***